JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | NO. CV 08-0175 RGK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: JAN 23, 2008.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE